1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PAUL DENNIS BAKER,                         No.  2:25-cv-2900 CSK P

12                  Petitioner,

13         v.                                     ORDER

14    THE STATE OF CALIFORNIA,

15                  Respondent.

16

17         Petitioner, a state hospital detainee proceeding pro se, filed an application for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

19    pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

20    Petitioner is provided the opportunity to either submit the appropriate affidavit in support of a

21    request to proceed in forma pauperis or submit the appropriate filing fee.

22         In accordance with the above, IT IS HEREBY ORDERED that:

23         1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25    failure to comply with this order will result in a recommendation that this action be dismissed;

26    and

27    /////

28    /////

                                                 1

1        2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2    form used by this district.

3

4    Dated:  October 15, 2025

5                                                                    _____
                                                                     CHI SOO KIM
6                                                                    UNITED STATES MAGISTRATE JUDGE

7

8    /1/bake2900.101a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28